UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| Satco Products, Inc.<br><br>       Plaintiff<br>v.<br><br>Signify North America Corp. et al<br><br>       Defendants | Case No. 6:21-cv-00146-ADA |

**NOTICE OF APPEARANCE OF COUNSEL**

Defendants Signify North America Corp. and Signify Netherlands B.V. ("Defendants") hereby notify the Court that Deron R. Dacus of the firm The Dacus Firm, P.C., 821 ESE Loop 323, Suite 430, Tyler, Texas 75701, 903/705-1117, ddacus@dacusfirm.com, has entered this action as counsel to be noticed on their behalf. In connection with this notice, Mr. Dacus requests that all future pleadings and other papers filed under FED. R. CIV. P. 5 be served on him at the above address and contact information.

                                                Respectfully submitted,

                                                */s/ Deron R. Dacus*
                                                Deron R. Dacus
                                                Texas Bar No. 00790553
                                                THE DACUS FIRM, P.C.
                                                821 ESE Loop 323, Suite 430
                                                Tyler, Texas 75701
                                                903-705-1117 (phone)
                                                903-581-2543 (fax)
                                                E-mail: ddacus@dacusfirm.com

## CERTIFICATE OF SERVICE

  The undersigned certifies that on this 16th day of April, 2021, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system. Any other counsel of record will be served by a facsimile transmission and/or first class mail.

         */s/ Deron R. Dacus*
         Deron R. Dacus