IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SATCO PRODUCTS, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> SIGNIFY NORTH AMERICA CORP. and SIGNIFY NETHERLANDS B.V. <br><br> *Defendants,* <br><br> and <br><br> SIGNIFY NORTH AMERICA CORP. and SIGNIFY HOLDING B.V. <br><br> *Counterclaim-Plaintiffs,* <br><br> v. <br><br> SATCO PRODUCTS, INC., <br><br> *Counterclaim-Defendant.* | Civil Action No. 6:21-cv-00146-ADA <br><br> **JURY TRIAL DEMANDED** |

**[PROPOSED] ORDER GRANTING COUNTERCLAIM-DEFENDANT'S
PARTIAL MOTION TO DISMISS THE COUNTERCLAIMS**

On this day the Court considered Counterclaim-defendant Satco Product, Inc.'s Partial Motion to Dismiss the Counterclaims ("the Motion"). After considering the Motion, the Counterclaim-plaintiffs' response thereto, the arguments of counsel, the pleadings on file, the applicable law, and all other matters properly before it, the Court is of the opinion that the Motion should be GRANTED.

IT IS SO ORDERED.

1

2

SIGNED and ENTERED this \_\_\_\_ day of _____, 2021.

_____
Honorable Alan D. Albright
United States District Judge