IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SATCO PRODUCTS, INC.,<br>*Plaintiff*<br><br>-v-<br><br>SIGNIFY NORTH AMERICA CORP.,<br>SIGNIFY NETHERLANDS B.V.<br>*Defendants* | 6-21-CV-00146-ADA |

## ORDER TO PAY TECHNICAL ADVISOR

The Court previously appointed Dr. Joshua J. Yi to serve as a technical advisor on this case. The Court has reviewed Dr. Yi's invoice for services through today and finds the requested amount to be reasonable and necessary. As such, the Court **ORDERS** payment to be promptly made as follows:

  Plaintiff:      $10,030.28
  Defendant:   $10,030.28

Dr. Yi will separately provide deposit instructions.

**SIGNED** this 9th day of December, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE