**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| **SATCO PRODUCTS, INC.,** | § | |
| *Plaintiff* | § | |
| | § | **6-21-CV-00146-ADA** |
| **-v-** | § | |
| | § | |
| **SIGNIFY NORTH AMERICA CORP.,** | § | |
| **SIGNIFY NETHERLANDS B.V.** | § | |
| *Defendants* | § | |
| | § | |

## CLAIM CONSTRUCTION ORDER

The Court held a *Markman* hearing on December 9, 2021.  During that hearing, the Court

provided its final constructions.  The Court now enters those claim constructions.

**SIGNED** this 9th day of December, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

| Term | Counter-Plaintiff's Proposed Construction | Counter-Defendants' Proposed Construction | Court's Final Construction |
|---|---|---|---|
| 1: "contoured surface(s)"<br><br>U.S. Patent No. 8,272,756, Cls. 1, 3, 4, 5, 8, 9, 10, 14, 15<br><br>Proposed by Counterclaim-Defendant | No construction necessary; plain and ordinary meaning. | "surface[s] shaped to have a geometry beneficial for light reflection"<br><br>Defendant's amended proposed (post-prelim): "surface[s] shaped to have a geometry beneficial for light manipulation" | Plain-and-ordinary meaning |
| 2: "at least two of the plurality of protrusions are disposed outside each of the flat surface, the first contoured surface, and the second contoured surface of the channel"<br><br>U.S. Patent No. 8,272,756, Cl. 5<br><br>Proposed by Counterclaim-Defendant | No construction necessary; plain and ordinary meaning. | "at least two of the plurality of protrusions are disposed on the back side of each of the flat surface, the first contoured surface, and the second contoured surface of the channel." | Plain-and-ordinary meaning. |

| Term | Counter-Plaintiff's Proposed Construction | Counter-Defendants' Proposed Construction | Court's Final Construction |
|---|---|---|---|
| 3: "light emitting diode ("LED") package"<br><br>U.S. Patent No. 8,348,479, Cls. 1, 13, 14, 20<br><br>Proposed by Counterclaim-Defendant | No construction necessary; plain and ordinary meaning. | "ordinary meaning (i.e., an "LED package" is a casing for one or more LED chips/dies, which both protects the chip(s) and allows them to be connected externally, e.g., to printed circuit board)." | Plain-and-ordinary meaning |
| 4: "heat sink"<br><br>U.S. Patent No. 8,348,479, Cls. 1, 13, 14, 19, 20; U.S. Patent No. 9,709,253, Cls. 1, 8, 16, 17, 22, 23, 30, 31, 32, 33, 34<br><br>Proposed by Counterclaim-Defendant | No construction necessary; plain and ordinary meaning. | "a heat-conductive device that reduces heat in the downlight module." | Plain-and-ordinary meaning |
| 5: "formed integrally"<br><br>U.S. Patent No. 8,348,479, Cl. 19; U.S. Patent No. 9,709,253, Cls.17, 32,<br><br>Proposed by Counterclaim-Defendant | No construction necessary; plain and ordinary meaning. | "formed as a single unit from the same material." | Plain-and-ordinary meaning |

| Term | Counter-Plaintiff's Proposed Construction | Counter-Defendants' Proposed Construction | Court's Final Construction |
|---|---|---|---|
| 6: "[LED light source coupled to the] inner surface of the heat sink / heat sink includes an inner surface"<br><br>U.S. Patent No. 9.709,253, Cls. 1<br><br>Proposed by Counterclaim-Defendant | No construction necessary; plain and ordinary meaning. | Indefinite. | Not indefinite.  Plain-and-ordinary meaning. |